United States District Court
Northern District of CA

**FILED**

AUG 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 26 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jimmy Lee Davis & Mekka Young

Plaintiffs

VS

City of San Francisco

Defendants

Motion to dismiss
Case no: CV 14 3672 MEJ
Date: 8/24/2014

---

Differences have now been resolved; therefore, plaintiffs Jimmy Lee Davis and Mekka young is asking that this honorable court dismiss case in the above titled cause.

_____
Plaintiffs