United States District Court
Northern District of CA

FILED
AUG 26 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jimmy Lee Davis & Mekka Young

Plaintiffs

VS

City of San Francisco

Defendants

Motion to dismiss
Case no: CV 14 3672 MEJ
Date: 8/24/2014

Differences have now been resolved; therefore, plaintiffs Jimmy Lee Davis and Mekka young is asking that this honorable court dismiss case in the above titled cause.

*[signature]*
Plaintiffs



IT IS SO ORDERED
*[signature]*
Judge Maria-Elena James

IT IS HEREBY ORDERED THAT
THIS CASE IS DISMISSED.
DATED: August 27, 2014